UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: : Chapter 7
    Lisa Marie Delcampo :
    Debtor : Bankruptcy No. 23-11475

**DEBTOR'S MOTION FOR AN ORDER UNDER 11 U.S.C. § 706(a) CONVERTING A CASE UNDER CHAPTER 7 TO A CASE UNDER CHAPTER 13**

Debtor respectfully represents as follows:

1. On May 19, 2023 Debtor commenced a case under Chapter 7 of Title 11 of the United States Code (the "Code") and said case is presently pending.

2. Debtor is eligible to be a debtor under Chapter 13 of the Code and desires to convert this case to a case under Chapter 13 of the Code pursuant to 11 U.S.C. § 706(a).

3. This case has not been converted under Section 1112, 1208 or 1307 of the Code.

**WHEREFORE**, Debtor prays for relief under Chapter 7 of the Code.

Dated: July 18, 2023

/s/ Mitchell Lee Chambers, Esquire
602 Little Gloucester Road, Suite 5
Blackwood, NJ 08012
Phone: (856) 302-1778