**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | | : | Chapter 13 |
| | Lisa Marie Delcampo | : | |
| | Debtor(s) | : | Bankruptcy No.  23-11475 AMC |

*NOTICE OF OBJECTION TO CLAIM AND HEARING DATE*

**Debtor has filed an objection to the proof of claim you filed in this bankruptcy case.**

**<u>Your claim may be reduced, modified, or eliminated</u>.  You should read these papers carefully and discuss them with your attorney, if you have one.**

If you do not want the court to eliminate or change your claim, you or your lawyer must attend the hearing on the objection, scheduled to be held before the Honorable Ashely M. Chan on January 9, 2024, at 11:00 a.m., in Courtroom 4, United States Bankruptcy Court, 900 Market Street, 2nd Floor, Philadelphia, PA  19107.  If you or your attorney do not attend the hearing on the objection, the court may decide that you do not oppose the objection to your claim.

Respectfully Submitted.

Dated:  November 20, 2023        /s/ Mitchell Lee Chambers, Esq.
602 Little Gloucester Road, Suite 5
Blackwood, NJ 08012