resurgent
capital services

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:
23-11475

DEBTOR(S):
Lisa Marie Delcampo

WITHDRAWAL OF CLAIM
PLEASE WITHDRAW CLAIM NUMBER 6 IN THE AMOUNT OF $479.08

CREDITOR'S SIGNATURE:
/s/ David Lamb

CREDITOR CONTACT INFO:
LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603
(877) 264-5884

DATE:
12/13/2023