**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : Bankruptcy No. 23-11475-amc |
| Lisa Marie Delcampo | : Chapter 13 |
| aka Lisa M. Delcampo | : |
| aka Lisa Delcampo | : |
| Debtors | |
| | |
| Lisa Marie Delcampo | |
| aka Lisa M. Delcampo | |
| aka Lisa Delcampo | |
| Movant | |
| vs. | : |
| LVNV Funding, LLC | : |
| Respondent | : |

**RESPONSE TO DEBTOR'S REQUEST FOR ADMISSIONS**

LVNV Funding, LLC ("Respondent"), by its attorneys, Hladik, Onorato & Federman, LLP, hereby responds to the Request for Admissions by Debtor, Lisa Marie Delcampo ("Debtor"), as follows:

***A. PRELIMINARY STATEMENT AND OBJECTIONS***

1. The Respondent, LVNV Funding, LLC, objects to and takes exception with the "definitions" and "instructions" as set forth in the Request for Admissions to the extent that the same are in contravention and not required by Rule 7036 of the Federal Bankruptcy Rules and Rule 36 of the Federal Rules of Civil Procedure.

2. Wherever the text of a response refers to the text of another response, such reference shall be deemed and is intended to incorporate the text of the reference response as though that response was set forth in full.

3. Respondent, LVNV Funding, LLC, objects to each discovery request, instruction and definition which:
   a. Could be construed to require us to list, describe and/or identify voluminous quantities of documents and information because any such discovery request is unduly burdensome and harassing;
   b. Could be construed to require us to provide information or documents protected by the attorney/client privilege, the attorney work product doctrine or any other applicable privilege;
   c. Is not reasonably calculated to lead to the discovery of admissible evidence and is not relevant to the subject matter of the pending action; or
   d. Renders the discovery request overly broad or unreasonable burdensome, or attempts to create an obligation to respond which exceeds that which set forth in the Pennsylvania Rules of Civil Procedure.

4. Respondent, LVNV Funding, LLC, does not waive, nor do they intend to waive, their

attorney/client privilege or protection of any attorney work-product, nor should any such waiver be inferred from the fact that it has responded to the request through counsel.

5. Respondent, LVNV Funding, LLC, incorporates these objections to each of the following responses.

### *B. SPECIFIC RESPONSES*

1. Denied. Debtors' Petition is a writing which speaks for itself and Debtor's characterization thereof is denied.

2. Denied. The Proof of Claim entered at Claim No. 6-1 is a writing which speaks for itself and Debtor's characterization thereof is denied.

3. Denied. The Proof of Claim entered at Claim No. 7-1 is a writing which speaks for itself and Debtor's characterization thereof is denied.

4. Denied. The Proof of Claim entered at Claim No. 7-1 is a writing which speaks for itself and Debtor's characterization thereof is denied.

5. Denied as a conclusion of law to which no response is required. To the extent that further response is required, the last transaction date, of November 7, 2019, referenced in Respondent's filed Claim No. 7-1, and Amended Claim No. 7-2, occurred less than four (4) years prior to the filing of the Debtor's case.

6. Denied as a conclusion of law to which no response is required. To the extent that further response is required, under *Midland Funding, LLC v. Johnson,* 581 U.S. 224, Respondent's filed Claims are not a violation of the Automatic Stay or the applicable statute of limitations, and are appropriate. Furthermore, on December 13, 2023, Respondent voluntarily withdrew Claim No. 6.

7. Denied as a conclusion of law to which no response is required. To the extent that further response is required, under *Midland Funding, LLC v. Johnson,* 581 U.S. 224, Respondent's filed Claims are not a violation of the Automatic Stay or the applicable statute of limitations, and are appropriate. Furthermore, on December 13, 2023, Respondent voluntarily withdrew Claim No. 6.

8. Denied as a conclusion of law to which no response is required. To the extent that further response is required, under *Midland Funding, LLC v. Johnson,* 581 U.S. 224, Respondent's filed Claims are not a violation of the Automatic Stay or the applicable statute of limitations, and are appropriate. Furthermore, on December 13, 2023, Respondent voluntarily withdrew Claim No. 6.

9. Denied as a conclusion of law to which no response is required. To the extent that further response is required, under *Midland Funding, LLC v. Johnson,* 581 U.S. 224, Respondent's filed Claims are not a violation of the Automatic Stay or the applicable statute of limitations, and are appropriate under F.R.Bankr.P. 3001. Furthermore, on December 13, 2023, Respondent voluntarily withdrew Claim No. 6.

10. Denied as a conclusion of law to which no response is required. To the extent that further response is required, under *Midland Funding, LLC v. Johnson,* 581 U.S. 224, Respondent's filed Claims are not a violation of the Automatic Stay or the applicable statute of limitations, and are appropriate under F.R.Bankr.P. 3001. Furthermore, on December 13, 2023, Respondent voluntarily withdrew Claim No. 6.

**HLADIK, ONORATO & FEDERMAN, LLP**

Date: 12/15/2023

***/s / Sarah M. McCaffery, Esquire***

Sarah K. McCaffery, Esquire
Hladik, Onorato & Federman, LLP
Attorney I.D. # 311728
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521
Email: smccaffery@hoflawgroup.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : Bankruptcy No. 23-11475-amc |
| Lisa Marie Delcampo | : Chapter 13 |
| aka Lisa M. Delcampo | : |
| aka Lisa Delcampo | : |
| Debtors | |
| | |
| Lisa Marie Delcampo | |
| aka Lisa M. Delcampo | |
| aka Lisa Delcampo | |
| Movant | |
| vs. | : |
| LVNV Funding, LLC | : |
| Respondent | : |

**CERTIFICATE OF SERVICE**

I, Sarah K. McCaffery, Esquire, attorney for Respondent, LVNV Funding, LLC, certify that I served a copy of the attached Response to Debtor's Request for Admissions to the following parties at the addresses listed below, on 12/15/2023:

Mitchell Lee Chambers, Jr., Esquire
Via Electronic Filing
*Attorney for Debtor*

Kenneth E. West, Esquire
Via Electronic Filing
*Trustee*

Lisa Marie Delcampo
aka Lisa M. Delcampo
aka Lisa Delcampo
1520 Curtin Street
Philadelphia, PA 19145
Via First Class Mail
*Debtor*

**HLADIK, ONORATO & FEDERMAN, LLP**

Date: 12/15/2023

***/s / Sarah M. McCaffery, Esquire***
Sarah K. McCaffery, Esquire
Hladik, Onorato & Federman, LLP
Attorney I.D. # 311728
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521
Email: smccaffery@hoflawgroup.com