**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : Bankruptcy No. 23-11475-amc |
| Lisa Marie Delcampo | : Chapter 13 |
| aka Lisa M. Delcampo | : |
| aka Lisa Delcampo | : |
| Debtors | |
| | |
| Lisa Marie Delcampo | |
| aka Lisa M. Delcampo | |
| aka Lisa Delcampo | |
| Movant | |
| vs. | : |
| LVNV Funding, LLC | : |
| Respondent | : |

**RESPONSE TO DEBTOR'S OBJECTIONS TO PROOFS OF CLAIM #6 and #7**

LVNV Funding, LLC ("Respondent"), by its attorneys, Hladik, Onorato & Federman, LLP, hereby responds to the Objection of Debtor, Lisa Marie Delcampo ("Debtor") to its Proofs of Claim #6 and #7, as follows:

1. Denied. Debtors' Petition is a writing which speaks for itself and Debtor's characterization thereof is denied.

2. Denied. The Proof of Claim entered at Claim No. 6-1 is a writing which speaks for itself and Debtor's characterization thereof is denied.

3. Denied. The Proof of Claim entered at Claim No. 6-1 is a writing which speaks for itself and Debtor's characterization thereof is denied.

4. Denied. The Proof of Claim entered at Claim No. 7-1 is a writing which speaks for itself and Debtor's characterization thereof is denied.

5. Denied. The Proof of Claim entered at Claim No. 7-1 is a writing which speaks for itself and Debtor's characterization thereof is denied. Moreover, Respondent filed an Amended Proof of Claim No. 7-2 on December 11, 2023.

6. Denied as a conclusion of law to which no response is required.

7. Denied as a conclusion of law to which no response is required. To the extent that further response is required, under *Midland Funding, LLC v. Johnson,* 581 U.S. 224, Respondent's filed Claims are not a violation of the Automatic Stay and/or Statute of Limitations and are appropriate. Furthermore, on December 13, 2023, Respondent voluntarily withdrew Claim No. 6.

WHEREFORE, Respondent, LVNV Funding, LLC, respectfully requests that this Honorable Court enter an Order Overruling Debtor's Objections to its Proofs of Claim #6 & #7.

**HLADIK, ONORATO & FEDERMAN, LLP**

Date: 12/15/2023

***/s / Sarah M. McCaffery, Esquire***

Sarah K. McCaffery, Esquire
Hladik, Onorato & Federman, LLP
Attorney I.D. # 311728
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521
Email: smccaffery@hoflawgroup.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : Bankruptcy No. 23-11475-amc |
| Lisa Marie Delcampo | : Chapter 13 |
| aka Lisa M. Delcampo | : |
| aka Lisa Delcampo | : |
| Debtors | |
| | |
| Lisa Marie Delcampo | |
| aka Lisa M. Delcampo | |
| aka Lisa Delcampo | |
| Movant | |
| vs. | : |
| LVNV Funding, LLC | : |
| Respondent | : |

**CERTIFICATE OF SERVICE**

I, Sarah K. McCaffery, Esquire, attorney for Respondent, LVNV Funding, LLC, certify that I served a copy of the attached Response to Debtor's Objections to Proofs of Claim #6 & #7 to the following parties at the addresses listed below, on 12/15/2023.

Mitchell Lee Chambers, Jr., Esquire
Via Electronic Filing
*Attorney for Debtor*

Kenneth E. West, Esquire
Via Electronic Filing
*Trustee*

Lisa Marie Delcampo
aka Lisa M. Delcampo
aka Lisa Delcampo
1520 Curtin Street
Philadelphia, PA 19145
Via First Class Mail
*Debtor*

**HLADIK, ONORATO & FEDERMAN, LLP**

Date: 12/15/2023

***/s / Sarah M. McCaffery, Esquire***
Sarah K. McCaffery, Esquire
Hladik, Onorato & Federman, LLP
Attorney I.D. # 311728
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521
Email: smccaffery@hoflawgroup.com