**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Lisa Marie Delcampo | : | |
| Debtor(s) | : | Bankruptcy No. 23-11475 AMC |

**PRAECIPE TO WITHDRAW DEBTOR'S OBJECTION TO CLAIM**

To the Clerk of the Court:

Kindly withdrawal Debtor's Objection to Claim filed on November 20, 2023 with the Court, bearing docket #28.

Respectfully Submitted.

Dated: January 8, 2024

/s/ Mitchell Lee Chambers, Esq.
602 Little Gloucester Road, Suite 5
Blackwood, NJ 08012

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Lisa Marie Delcampo | : | |
| Debtor(s) | : | Bankruptcy No. 23-11475 AMC |

## CERTIFICATION OF SERVICE

I, Mitchell Lee Chambers, Esquire, counsel for Debtor, do hereby certify that, on the date hereof, I caused to be served, by electronic filing or first class United States mail, postage prepaid, a true and correct copy of the Praecipe to Withdraw Debtor's Objection to Claim upon Counsel for Creditor, the Standing Trustee and the U.S. Trustee, at the following fax numbers or addresses:

VIA REGULAR MAIL
Lisa Delcampo
1520 Curtin Street
Philadelphia, PA 19145

VIA ECF
**KENNETH E. WEST**
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

VIA EMAIL AND REGULAR MAIL
ASKBK@RESURGENT.COM
LVNV FUNDING, LLC
C/O RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE, SC 29603

Dated: January 8, 2024

/s/ Mitchell Lee Chambers, Esq.
602 Little Gloucester Road, Suite 5
Blackwood, NJ 08012