# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Lisa Marie Delcampo aka Lisa M Delcampo aka Lisa Delcampo<br><br>              Debtor | CHAPTER 13 |
| Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc., its successors and/or assignees<br>              Movant<br>vs. | NO. 23-11475 AMC |
| Lisa Marie Delcampo aka Lisa M Delcampo aka Lisa Delcampo<br>              Debtor<br><br>Kenneth E. West<br>              Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc., which was filed with the Court on or about December 1, 2023.

Dated: January 10, 2024

Respectfully submitted,

/s/Mark A. Cronin
Mark A. Cronin, Esq.
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: (215) 627-1322
mcronin@kmllawgroup.com