IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| LISA MARI DELCAMPO, | ) | Case No. 23-11475 |
| Debtor. | ) | |

**CONSENT ORDER ALLOWING FOR LATE FILED CLAIM**

The parties herein consent to the following Consent Order to allow for Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc., its successors and/or assigns (hereinafter "**Secured Creditor**") to allow a late file Proof of Claim in this case with the following recitals being made:

1. Debtor filed a Chapter 7 case a proof of claim on May 19, 2023.
2. Secured Creditor is the holder of a secured claim against the Debtor's residence in the amount of $299,456.10.
3. Debtor converted her Chapter 7 case.
4. The bar date for filing claims was November 1, 2023.
5. Secured Creditor failed to file a timely claim.
6. The Debtor's proposed Amended Chapter 13 provides for payment of arrears to the Secured Creditor in the amount of $1,454.58.

It is hereby stipulated and agreed between Counsel for the Debtor and Counsel for the Secured Creditor allowing Secured Creditor to file a Proof of Claim after the claims bar date and the parties having conferred and reach a mutual settlement, with Counsel for the Standing Chapter 13 Trustee having no objection to its terms, without prejudice to any of the Trustee's rights and remedies and the Court having reviewed the Ordered as follows:

a. Despite the November 1, 2023 claims bar date, Secured Creditor's proof of claim is allowed; and

b. The Chapter 13 Trustee shall pay the Secured Creditor, namely, Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc., its successors and/or assigns, in accordance Plan if said plan is confirmed by the Court; and

c. The Proof of Claim will have an arrearage claim of $1,454.58 that would be paid through any confirmed Chapter 13 plan.

*1/10/2024*

*/s/ Mark A. Cronin, Esquire*
Mark A. Cronin, Esquire
Counsel for Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.

1/8/24

Mitchell Lee Chambers, Esquire
Counsel for Debtor Lisa Marie DelCampo

I have no objection to its terms, without prejudice to any of our rights and remedies

*1/10/2024*

*/s/Jack Miller, Esquire for The Chapter 13 Trustee*
Jack Miller, Esquire
Counsel for Standing Chapter 13 Trustee
Kenneth E. West

*no objection to its terms, without prejudice to any of our rights and remedies*

**ORDERED THAT:** approval is hereby granted for Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc., its successors and/or assigns to file a Proof of Claim.

Date: Jan. 16, 2024

Ashely M. Chan
United States Bankruptcy Judge