**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Lisa Marie Delcampo | : | |
| Debtor(s) | : | Bankruptcy No. 23-11475 AMC |

**PRAECIPE TO WITHDRAW DEBTOR'S MOTION TO AVOID LIEN**

To the Clerk of the Court:

Kindly withdrawal Debtor's Motion to Avoid Lien filed on November 29, 2023 with the Court, bearing docket #34.

Respectfully Submitted.

Dated: January 16, 2024

/s/ Mitchell Lee Chambers, Esq.
602 Little Gloucester Road, Suite 5
Blackwood, NJ 08012

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Lisa Marie Delcampo | : | |
| Debtor(s) | : | Bankruptcy No. 23-11475 AMC |

**CERTIFICATION OF SERVICE**

I, Mitchell Lee Chambers, Esquire, counsel for Debtor, do hereby certify that, on the date hereof, I caused to be served, by electronic filing or first class United States mail, postage prepaid, a true and correct copy of the Praecipe to Withdraw Debtor's Motion to Avoid Lien upon Creditor, the Standing Trustee and the U.S. Trustee, at the following fax numbers or addresses:

VIA REGULAR MAIL
Lisa Delcampo
1520 Curtin Street
Philadelphia, PA 19145

VIA ECF
**KENNETH E. WEST**
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

VIA REGULAR MAIL
TD BANK, USA
213 E. MAIN STREET
CARNEGIE, PA 15106

Dated: January 16, 2024

/s/ Mitchell Lee Chambers, Esq.
602 Little Gloucester Road, Suite 5
Blackwood, NJ 08012