United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-11475-amc |
| Lisa Marie Delcampo | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 06, 2024 | Form ID: 155 | Total Noticed: 26 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++           Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lisa Marie Delcampo, 1520 Curtin Street, Philadelphia, PA 19145-5801 |
| 14783194 | + | GREGG L. MORRIS, ESQ., 2400 ANSYS DRIVE, STE. 402B, Canonsburg, PA 15317-0403 |
| 14783193 | ++ | PATENAUDE AND FELIX APC, 501 CORPORATE DR, SOUTHPOINTE CENTER SUITE 205, CANONSBURG PA 15317-8584 address filed with court:, Gregg L. Morris, Esq., 213 E. Main Street, Carnegie, PA 15106 |
| 14814374 | + | Robert H. Holber, Esquire, Chapter 7 Trustee, 41 E. Front Street, Media, Pa 19063-2911 |
| 14829664 | | Rocket Mortgage LLC, fka Quicken Loans, c/o Mark A. Cronin, KML Law Group PC, Phila., PA 19106-1532 |
| 14783203 | + | TD BANK, 213 E. MAIN STREET, Carnegie, PA 15106-2701 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14783189 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 07 2024 00:40:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14783191 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 07 2024 00:40:00 | ComenityBank/Venus, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14783190 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 07 2024 00:40:00 | Comenitybank/New York, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14783192 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 07 2024 00:40:00 | Comenitycapital/Ulta, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14783188 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 07 2024 00:37:57 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 14783195 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 07 2024 00:40:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14817585 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 07 2024 00:50:04 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14783196 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 07 2024 00:40:00 | MIDLAND CREDIT MANAGEMENT, P.O. BOX 603, DEPARTMENT 12421, Oaks, PA 19456-0603 |
| 14783197 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 07 2024 00:40:00 | Midland Funding/Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 14783904 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 07 2024 00:40:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14783198 | + | Email/Text: bankruptcy1@pffcu.org | Feb 07 2024 00:40:00 | Police & Fire FCU, Attn: Bankruptcy, 901 Arch St, Philadelphia, PA 19107-2495 |
| 14809241 | + | Email/Text: bankruptcy1@pffcu.org | Feb 07 2024 00:40:00 | Police & Fire Federal Credit Union, One Greenwood Square, 3333 Street Road, Bensalem, PA 19020-2022 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 06, 2024 | Form ID: 155 | Total Noticed: 26 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14783200 | + | Email/Text: bankruptcyteam@quickenloans.com | Feb 07 2024 00:40:00 | ROCKET MORTGAGE, 1050 WOODWARD AVE., Detroit, MI 48226-3573 |
| 14783199 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 07 2024 00:38:12 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14847246 | + | Email/Text: bankruptcyteam@quickenloans.com | Feb 07 2024 00:40:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 14783202 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 07 2024 00:49:36 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14783201 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 07 2024 00:38:00 | Synchrony Bank/hhgregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14783206 | + | Email/Text: bncmail@w-legal.com | Feb 07 2024 00:40:00 | TD BANK/TARGETCREDIT, PO BOX 673, Minneapolis, MN 55440-0673 |
| 14783205 | | Email/Text: bankruptcy@td.com | Feb 07 2024 00:40:00 | TD BANK, 1701 ROUTE 70 EAST, Cherry Hill, NJ 08003 |
| 14783204 | | Email/Text: bankruptcy@td.com | Feb 07 2024 00:40:00 | TD BANK, 32 CHESTNUT STREET, Lewiston, ME 04240 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14814375 | *+ | Robert H. Holber, Esquire, Chapter 7 Trustee, 41 E. Front Street, Media, Pa 19063-2911 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2024          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MARK A. CRONIN | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Feb 06, 2024 | Form ID: 155 | Total Noticed: 26 |

MITCHELL LEE CHAMBERS, JR.
    on behalf of Debtor Lisa Marie Delcampo ecfbc@comcast.net paecfbc@gmail.com

ROBERT H. HOLBER
    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com rholber@ecf.axosfs.com

SARAH K. MCCAFFERY
    on behalf of Creditor LVNV Funding LLC ckohn@hoflawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Lisa Marie Delcampo
      Debtor(s)                                        Chapter: 13

                                                                      Bankruptcy No: 23−11475−amc

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this February 6, 2024 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                                    Ashely M. Chan
                                                                    Judge, United States Bankruptcy Court

                                                                                                      55 − 23
                                                                                                      Form 155