**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Lisa Marie Delcampo aka Lisa M Delcampo, aka Lisa Delcampo
Debtor(s)

CHAPTER 13

BKY. NO. 23-11475 AMC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc and index same on the master mailing list.

Respectfully submitted,

/s/Denise Carlon
PA Eastern BK
25 Jun 2024, 17:46:01, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322