**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| **In re:**<br><br>**Lisa Marie Delcampo**<br>**aka Lisa M Delcampo,**<br>**aka Lisa Delcampo,**<br><br>**Debtor.**<br>**Francis M. Delcampo,**<br>**Co-Debtor.**<br>**SELENE FINANCE LP,**<br><br>**Movant,**<br>**v.**<br>**Lisa Marie Delcampo**<br>**aka Lisa M Delcampo,**<br>**aka Lisa Delcampo,**<br><br>**Debtor/Respondent,**<br>**Francis M. Delcampo,**<br>**Co-Debtor/Respondent,**<br>**Kenneth E. West, Esquire,**<br>**Trustee/Additional Respondent.** | **Bankruptcy No. 23-11475-amc**<br><br>**Chapter 13** |

**ORDER OF COURT**

AND NOW, this 19th day of Aug., 2026, upon consideration of the foregoing Stipulation Resolving Motion for Relief from Automatic Stay of SELENE FINANCE LP, it is hereby ORDERED that the Stipulation is approved.

BY THE COURT:

______________________________

U.S. Bankruptcy Judge