United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 23-11475-amc
Lisa Marie Delcampo Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 2
Date Rcvd: Aug 19, 2026 Form ID: pdf900 Total Noticed: 5

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lisa Marie Delcampo, 1520 Curtin Street, Philadelphia, PA 19145-5801 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 20 2026 01:47:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 20 2026 01:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 20 2026 01:54:52 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | + | Email/Text: RASEBN@raslg.com | Aug 20 2026 01:47:00 | Selene Finance, LP, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| JORDAN MATTHEW KATZ | on behalf of Creditor Selene Finance LP jkatz@raslg.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor Selene Finance LP mimcgowan@raslg.com |
| MITCHELL LEE CHAMBERS, JR. | on behalf of Debtor Lisa Marie Delcampo ecfbc@comcast.net paecfbc@gmail.com |
| ROBERT H. HOLBER | on behalf of Trustee ROBERT H. HOLBER trustee@holber.com rholber@ecf.axosfs.com |
| SARAH K. MCCAFFERY | on behalf of Creditor LVNV Funding LLC smccaffery@friedmanvartolo.com, ckohn@hoflawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| **In re:**<br><br>**Lisa Marie Delcampo**<br>**aka Lisa M Delcampo,**<br>**aka Lisa Delcampo,**<br><br>**Debtor.**<br>**Francis M. Delcampo,**<br>**Co-Debtor.**<br>**SELENE FINANCE LP,**<br><br>**Movant,**<br>**v.**<br>**Lisa Marie Delcampo**<br>**aka Lisa M Delcampo,**<br>**aka Lisa Delcampo,**<br><br>**Debtor/Respondent,**<br>**Francis M. Delcampo,**<br>**Co-Debtor/Respondent,**<br>**Kenneth E. West, Esquire,**<br>**Trustee/Additional Respondent.** | **Bankruptcy No. 23-11475-amc**<br><br>**Chapter 13** |

**ORDER OF COURT**

AND NOW, this 19th day of Aug., 2026, upon consideration of the foregoing Stipulation Resolving Motion for Relief from Automatic Stay of SELENE FINANCE LP, it is hereby ORDERED that the Stipulation is approved.

BY THE COURT:

______________________________
U.S. Bankruptcy Judge