**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| Lisa Marie Delcampo | : | |
| Debtor | : | Bankruptcy No. 23-11475 |

**CERTIFICATION OF NO OBJECTION TO MOTION OF DEBTOR**

I, MITCHELL LEE CHAMBERS, ESQUIRE, counsel for Debtor(s), do hereby certify that:

1. On August 11, 2026, I caused to be served, by fax or first class United States mail, postage prepaid, a true and correct copy of Debtor's Motion to Modify Chapter 13 Plan, together with the related Notice of Motion, Response Deadline and Hearing Date, upon the Creditor, Standing Trustee, and the U.S. Trustee (the "Interested Parties").

2. The Notice required the Interested Parties to file any objection to the Motion with the Court, and to serve a copy of any such objection upon the undersigned, on or before September 1, 2026.

3. As of the date hereof, no objection to the Motion has been served upon the undersigned.

WHEREFORE, the Motion is uncontested and the undersigned requests the Court to enter the proposed order submitted with the Motion, a copy of which is attached hereto.

Dated: September 22, 2026

/s/ Mitchell Lee Chambers, Esquire
602 Little Gloucester Road
Suite 5
Blackwood, NJ 08012
Phone: (856) 302-1778